FILED: November 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4710
(3:22-cr-00157-KDB-DCK-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID TATUM

Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Originating Case Number | 3:22-cr-00157-KDB-DCK-1 |
| Date notice of appeal filed in originating court: | 11/21/2023 |
| Appellant | David Tatum |
| Appellate Case Number | 23-4710 |
| Case Manager | Kirsten Hancock 804-916-2704 |