# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 20, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 23-4710,   <u>US v. David Tatum</u>
                3:22-cr-00157-KDB-DCK-1

TO: David Tatum

**BRIEF CORRECTION DUE:  May 28, 2024**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief. The time for filing the next brief is unaffected by this notice.

[✔] **BRIEF DOES NOT CONTAIN (FRAP 28, 29):**

- Standard of Review (separate heading before discussion of issues is preferred)

Kirsten Hancock, Deputy Clerk
804-916-2704